IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
JUL 13 2006
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

| | |
|---|---|
| DENIA GEIGER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | Civil Action No: SA-05-CA-1124-XR |
| ) | |
| PALM HARBOR HOMES, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER CONCERNING SETTLEMENT

On July 7, 2006, Plaintiff in the above numbered and styled cause notified this Court that the parties have settled their dispute. To allow the parties to complete their settlement efforts, the Court will VACATE all remaining deadlines, including the trial. However, to ensure this case does not remain on the Court's docket in the absence of a live controversy, the Court ORDERS the parties to submit a stipulation of dismissal or an agreed judgment and any appropriate supporting documents on or before **August 14, 2006.** *See* FED. R. CIV. P. 41(a). Should the parties be unable to submit those documents by that date, the plaintiff must request an extension of time to file the documents. Should the parties fail to file documents for an appropriate disposition of this cause, a show cause order may issue directing the plaintiff to show cause why this cause should not be dismissed for failure to prosecute. *Id.* R. 41(b). All motions pending in this action, including specifically docket numbers 21 and 26, are DISMISSED AS MOOT, subject to reurging should the parties be unable to finalize their settlement.

SIGNED this 13th day of July, 2006.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT COURT